JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CIASSE JARRETT,

Plaintiff,

vs.

TRIMED, INC; and DOES 1 through 50, inclusive,

Defendants.

Case No.: CV 15-4909-DMG (PLAx)

**ORDER RE: DISMISSAL OF ACTION [22]**

Pursuant to the parties' stipulation, the above-captioned action is dismissed with prejudice in its entirety in accordance with the terms of the written settlement agreement entered into between the parties. The Court shall retain jurisdiction over this case unless and until all obligations of the parties are duly fulfilled. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: December 4, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE